(111 So. 320)

## WOLF v. STATE.   (7 Div. 341.)

(Court of Appeals of Alabama. Feb. 1, 1927.)

1. **Criminal law** ⬦1144(17)—Adjudication of guilt will be presumed from regular finding /thereof by jury, followed by appropriate sentence.

Where regular finding of guilt by jury is followed by appropriate sentence by court, proper adjudication of guilt will, on appeal, be presumed.

2. **Criminal law** ⬦363—Facts constituting part of res gestæ of offense of distilling prohibited liquors are properly admitted.

In prosecution for distilling prohibited liquors, facts and circumstances constituting part of res gestæ *held* properly admitted in evidence.

Appeal from Circuit Court, St. Clair County; O. A. Steele, Judge.

Theo. Wolf was convicted of distilling prohibited liquors, etc., and he appeals. Affirmed.

Frank B. Embry, of Pell City, for appellant.

There is no adjudication by the court of defendant's guilt, based upon the verdict of the jury, and the judgment is erroneous. Wells v. State, 19 Ala. App. 403, 97 So. 681; White v. State, 18 Ala. App. 50, 88 So. 451; McMahan v. State, ante, p. 522, 109 So. 553.

Harwell G. Davis, Atty. Gen., for the State.

Brief of counsel did not reach the Reporter.

RICE, J. Appellant was convicted of the offense of distilling prohibited liquors, etc.

[1] Where it appears that there was a regular finding of guilt by the jury, followed by an appropriate sentence by the court, a proper adjudication of guilt will, upon appeal, be presumed.

[2] All facts and circumstances constituting a part of the res gestæ of the alleged offense are properly allowed to go in evidence.

There is no error in the record, and the judgment is affirmed.

Affirmed.